CLOSED, ECF, RELATED

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:07-cv-02096-SHS
### Internal Use Only

| | |
|---|---|
| Braun v. Alvarion, Ltd. et al | Date Filed: 03/12/2007 |
| Assigned to: Judge Sidney H. Stein | Date Terminated: 05/04/2007 |
| Related Case: 1:07-cv-01007-SHS | Jury Demand: Plaintiff |
| Cause: 15:78m(a) Securities Exchange Act | Nature of Suit: 850 Securities/Commodities |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Irving Braun**
*Individually and on behalf of all others similarly situated*

represented by **Curtis Victor Trinko**
Law Offices of Curtis V. Trinko, LLP
16 West 46th Street, Seventh Floor
New York, NY 10036
212-490-9550
Fax: 212-986-0158
Email: ctrinko@trinko.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Avi Rosenfeld**
Lerach, Coughlin, Stoia, Geller, Rudman & Robbins, LLP(LIs)
58 South Service Road
Suite 200
Melville, NY 11747
631-367-7100
Fax: 631-367-1173
Email: drosenfeld@lerachlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mario Alba, Jr**
Lerach, Coughlin, Stoia, Geller, Rudman & Robbins, LLP(LIs)
58 South Service Road
Suite 200
Melville, NY 11747
631-367-7100
Fax: 631-367-1173
Email: malba@lerachlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

        **Samuel Howard Rudman**
Lerach, Coughlin, Stoia, Geller, Rudman & Robbins, LLP(LIs)
58 South Service Road
Suite 200
Melville, NY 11747
631-367-7100
Fax: 631-367-1173
Email: srudman@lerachlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Alvarion, Ltd.**    represented by    **Tonia Maria Ouellette Klausner**
Wilson Sonsini Goodrich & Rosati (NYC)
12 East 49th Street
30th Flr.
New York, NY 10017
(212)-497-7706
Fax: (212)-999-5899
Email: tklausner@wsgr.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Zvi Slonimsky**

**Defendant**

**Tzvi Friedman**

**Defendant**

**Dafna Gruber**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/12/2007 | 1 | COMPLAINT against Dafna Gruber, Alvarion, Ltd., Zvi Slonimsky, Tzvi Friedman. (Filing Fee $ 350.00, Receipt Number 608813)Document filed by Irving Braun.(tro) Additional attachment(s) added on 3/27/2007 (Aquino, Lourdes). (Entered: 03/13/2007) |
| 03/12/2007 |  | SUMMONS ISSUED as to Dafna Gruber, Alvarion, Ltd., Zvi Slonimsky, Tzvi Friedman. (tro) (Entered: 03/13/2007) |
| 03/12/2007 |  | Case Designated ECF. (tro) (Entered: 03/13/2007) |
| 03/12/2007 |  | CASE REFERRED TO Judge Sidney H. Stein as possibly related to 1:07-cv-1007. (tro) (Entered: 03/13/2007) |

| | | |
|---|---|---|
| 03/12/2007 | 2 | RELATED CASE AFFIDAVIT of Samuel H. Rudman re: that this action be filed as related to 1:07-cv-1007 (SHS). Document filed by Irving Braun.(tro) (Entered: 03/13/2007) |
| 04/02/2007 | 3 | ORDER: Case Management Conference set for 4/13/2007 11:00 AM before Judge Sidney H. Stein purusant to FRCP 16. SO ORDERED. (Signed by Judge Sidney H. Stein on 4/2/2007) (jar) (Entered: 04/03/2007) |
| 04/03/2007 | | CASE ACCEPTED AS RELATED. Create association to 1:07-cv-01007-SHS. Notice of Assignment to follow. (laq) (Entered: 04/06/2007) |
| 04/03/2007 | 9 | NOTICE OF CASE ASSIGNMENT to Judge Sidney H. Stein. Judge Unassigned is no longer assigned to the case. (laq) (Entered: 04/06/2007) |
| 04/03/2007 | | Magistrate Judge Kevin N. Fox is so designated. (laq) (Entered: 04/06/2007) |
| 04/04/2007 | 4 | NOTICE OF APPEARANCE by Tonia Maria Ouellette Klausner on behalf of Alvarion, Ltd. (Klausner, Tonia Maria) (Entered: 04/04/2007) |
| 04/04/2007 | 5 | MOTION to Transfer Case *Notice of Motion to Transfer*. Document filed by Alvarion, Ltd..(Klausner, Tonia Maria) (Entered: 04/04/2007) |
| 04/04/2007 | 6 | MEMORANDUM OF LAW in Support re: 5 MOTION to Transfer Case *Notice of Motion to Transfer*.. Document filed by Alvarion, Ltd.. (Klausner, Tonia Maria) (Entered: 04/04/2007) |
| 04/04/2007 | 7 | DECLARATION of Greg Daily in Support re: 5 MOTION to Transfer Case *Notice of Motion to Transfer*.. Document filed by Alvarion, Ltd.. (Klausner, Tonia Maria) (Entered: 04/04/2007) |
| 04/04/2007 | 8 | DECLARATION of Ethan D. Roberts in Support re: 5 MOTION to Transfer Case *Notice of Motion to Transfer*.. Document filed by Alvarion, Ltd.. (Attachments: # 1 Exhibit Ex.A# 2 Exhibit Ex.B# 3 Exhibit Ex.C# 4 Exhibit Ex.D# 5 Exhibit Ex.E)(Klausner, Tonia Maria) (Entered: 04/04/2007) |
| 04/06/2007 | | Mailed notice to the attorney(s) of record. (laq) (Entered: 04/06/2007) |
| 04/09/2007 | 10 | ENDORSED LETTER addressed to Judge Sidney H. Stein from Tonia Ouellette Klausner dated 4/6/07 re: Counsel writes to request that the Court (a) cancel the Initial Case Management Conference scheduled for 4/13/07, and (b) re-schedule those conference to a date in June or July 2007 that is convenient for the Court. The conferences are adjourned to 7/27/07, at 10:00 a.m. So Ordered. (Signed by Judge Sidney H. Stein on 4/9/07) (jco) (Entered: 04/10/2007) |
| 04/09/2007 | | Set Deadlines/Hearings: Case Management Conference set for 7/27/2007 10:00 AM before Judge Sidney H. Stein. (jco) (Entered: 04/10/2007) |
| 04/23/2007 | 11 | WAIVER OF SERVICE RETURNED EXECUTED. Dafna Gruber waiver sent on 4/9/2007, answer due 6/8/2007. Document filed by Irving Braun. (Alba, Mario) (Entered: 04/23/2007) |

| | | |
|---|---|---|
| 04/23/2007 | 12 | WAIVER OF SERVICE RETURNED EXECUTED. Tzvi Friedman waiver sent on 4/9/2007, answer due 6/8/2007. Document filed by Irving Braun. (Alba, Mario) (Entered: 04/23/2007) |
| 04/23/2007 | 13 | WAIVER OF SERVICE RETURNED EXECUTED. Zvi Slonimsky waiver sent on 4/9/2007, answer due 6/8/2007. Document filed by Irving Braun. (Alba, Mario) (Entered: 04/23/2007) |
| 05/04/2007 | 14 | ORDER: Accordingly, defendant's motion to transfer this action to the Northern District of California 5 is granted without opposition.. (Signed by Judge Sidney H. Stein on 5/3/07) (js) (Entered: 05/07/2007) |
| 05/04/2007 | | CASE TRANSFERRED OUT from the U.S.D.C. Southern District of New York to the United States District Court - Northern District of California. Sent original file along with certified copy of docket entries transfer order, and letter of acknoledgment. Mailed via Federal Express AIRBILL # 8605-6651-9371 on 5/11/07. (js) (Entered: 05/11/2007) |