**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IRVING BRAUM,                                    No. C07-2602 EMC

       Plaintiff,

   v.                                                   **CLERK'S NOTICE**

ALVARION LTD., et al.,

       Defendants.
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

      YOU ARE NOTIFIED THAT the CASE MANAGEMENT CONFERENCE set for August 22, 2007 at 1:30 p.m. is reset for **September 26, 2007 at 1:30 p.m.** before Magistrate Judge Edward M. Chen in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.   A **joint** case management conference statement is due September 19, 2007.

Dated:  August 16, 2007                          FOR THE COURT,
                                                 Richard W. Wieking, Clerk


                                          by:    _____
                                                 Betty Fong
                                                 Courtroom Deputy