NINA F. LOCKER, State Bar No. 123838
Email: nlocker@wsgr.com
RODNEY G. STRICKLAND, JR., State Bar No. 161934
Email: rstrickland@wsgr.com
JONI L. OSTLER, State Bar No. 230009
Email: jostler@wsgr.com
MERAV AVITAL-MAGEN, State Bar No. 236144
Email: mmagen@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile:  (650) 565-5100

Attorneys for Defendants
ALVARION LTD., DAFNA GRUBER, TZVI FRIEDMAN
and ZVI SLONIMSKY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IRVING BRAUN, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ALVARION LTD., ZVI SLONIMSKY, TZVI FRIEDMAN AND DAFNA GRUBER,<br><br>Defendants. | Case No. 07-02602-JSW<br><br>**DEFENDANTS' STATEMENT REGARDING CASE MANAGEMENT CONFERENCE**<br><br>Date:       September 21, 2007<br>Time:       1:30 p.m.<br>Courtroom:  2<br>Before:     Hon. Jeffrey S. White |

This case is one of four securities class action lawsuits filed against Alvarion Ltd. and certain of its present and former officers and directors. It was filed in the Southern District of New York on March 12, 2007 by plaintiff Irving Braun and his counsel Lerach Coughlin Stoia Geller Rudman & Robbins LLP (now Coughlin Stoia Geller Rudman & Robbins LLP), and the Law Offices of Curtis V. Trinko. On May 16, 2007, the case was transferred to the Northern District of California. *See* Docket No. 1. It was then related to the first-filed case in this District, *Meir v. Alvarion Ltd., et al.,* Case No. 07-00374-JSW (the "*Meir* action"), and to the other two pending cases. *See* Docket No. 5.

On April 9, 2007, pursuant to Section 21D of the Securities Exchange Act of 1934 (15 U.S.C. § 78u-4(a)(3)), three groups of plaintiffs filed competing motions in the *Meir* action requesting the Court to consolidate the pending actions and to appoint the group as lead plaintiff and the group's counsel as lead counsel for the alleged class. *See* Case No. 07-00374-JSW Docket (the "*Meir* Docket") Nos. 15, 17 and 21. Mr. Braun, along with Gary J. Fruchter (collectively, the "Braun Group"), was among the lead plaintiff movants. *See Meir* Docket No. 21. The other motions were filed by the Harel Insurance Company Ltd. and Furkan M. Khan (the "Harel Group"), represented by Glancy Binkow & Goldberg LLP and the Law Offices of Jacob Sabo; and Rahul Saraf, represented by Federman & Sherwood.

The lead plaintiff motions have not been resolved. On August 14, 2007, however, the Harel Group and Mr. Saraf filed a Stipulation re Appointment of Lead Plaintiffs and Lead Counsel which reflects that they have agreed among themselves to serve as Lead Plaintiffs jointly, with their counsel serving as Co-Lead Counsel. *See Meir* Docket No. 51. The Braun Group and its counsel were not parties to the Stipulation but have not opposed it. The Stipulation itself reflects that the Braun Group has not taken a position on the Stipulation, but agrees the cases should be consolidated. *Id.* at 3. The Court has not issued an order regarding the Stipulation.

On September 4, 2007, defendants Alvarion, Zvi Slonimsky, and Dafna Gruber (collectively, "Defendants") filed a Joinder in Plaintiffs' Request for Consolidation of the four related cases (the "Joinder"). *See Meir* Docket No. 63. As Defendants' Joinder reflects,

1  Defendants take no position on the pending lead plaintiff motions (other than agreeing that the
2  applicable statute requires the appointment of a lead plaintiff to represent the class), but concur
3  with the Harel Group's request that the Court consolidate the *Meir*, *Hacker, Braun*, and *Berger*
4  cases, and set a date by which the court-appointed lead plaintiff shall file a consolidated amended
5  complaint. *Id.* at 1-2.

6       Because Defendants and all potential lead plaintiffs (including Mr. Braun) have requested
7  the consolidation of this case with the first-filed *Meir* action (*e.g.*, *Meir* Docket No. 63), and
8  because Mr. Braun has taken no position on the Harel Group's Stipulation to be appointed as
9  Lead Plaintiff (*Meir* Docket No. 51), it would appear that Mr. Braun has no intention of
10 attempting to pursue this case as a separate action. Thus, Alvarion respectfully submits that a
11 Joint Case Management Statement, a Case Management Conference and a Case Management
12 Order in this action are unnecessary. Alvarion has, however, met and conferred with Mr. Meir
13 and his counsel, who also represent the Harel Group and Mr. Saraf, and has filed a Joint Case
14 Management Statement and a Supplemental Joint Case Management Statement in the *Meir*
15 action. *See Meir* Docket Nos. 59 and 66. The Conference in the *Meir* action is also scheduled
16 for September 21, 2007.

17 Dated: September 14, 2007                         WILSON SONSINI GOODRICH & ROSATI
18                                                               Professional Corporation

19                                                               By: _____/s/ Rodney G. Strickland, Jr._____
20                                                                       Rodney G. Strickland, Jr.

21                                                               Attorneys for Defendants Alvarion Ltd., Zvi
                                                              Slonimsky, Tzvi Friedman and Dafna Gruber

22     I, Joni Ostler, am the ECF user whose identification and password are being used to file
23 the **DEFENDANTS' STATEMENT REGARDING CASE MANAGEMENT**
24 **CONFERENCE**. In compliance with General Order 45.X.B, I hereby attest that Rodney G.
25 Strickland, Jr. has concurred in this filing.

26 Dated:  September 14, 2007                       WILSON SONSINI GOODRICH & ROSATI
27                                                   Professional Corporation

28                                                   By: _____/s/ Joni Ostler_____
                                                            Joni Ostler