NINA F. LOCKER, State Bar No. 123838
Email: nlocker@wsgr.com
RODNEY G. STRICKLAND, JR., State Bar No. 161934
Email: rstrickland@wsgr.com
JONI L. OSTLER, State Bar No. 230009
Email: jostler@wsgr.com
MERAV AVITAL-MAGEN, State Bar No. 236144
Email: mmagen@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendants
ALVARION LTD., ZVI SLONIMSKY,
TZVI FRIEDMAN, AND DAFNA GRUBER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMNON MEIR, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ALVARION LTD., ZVI SLONIMSKY, DAFNA GRUBER AND MEIR BAREL,<br><br>Defendants. | CASE NO.: C 07-0374 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES AND CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>CMC Date: September 21, 2007<br>Time: 1:30 p.m.<br>Courtroom: 2<br>Before: Hon. Jeffrey S. White |
| MANFRED HACKER, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ALVARION LTD, ZVI SLONIMSKY, DAFNA GRUBER AND MEIR BAREL,<br><br>Defendants. | Case No. 07-00719-JSW |

STIP AND [PROPOSED] ORDER CONSOLIDATING
CASES AND CONTINUING CMC
NO. C-07-0374-JSW; NO. C-07-00719-JSW; AND NO C-07-02602-JSW

1
2  IRVING BRAUN, On Behalf of Himself and All     )  Case No. 07-02602-JSW
   Others Similarly Situated,                    )
3                                                )
            Plaintiff,                           )
4                                                )
        vs.                                      )
5                                                )
   ALVARION LTD., ZVI SLONIMSKY, TZVI            )
6  FRIEDMAN AND DAFNA GRUBER,                    )
                                                 )
7           Defendants.                          )
                                                 )
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1   WHEREAS, each of the above-captioned cases is a purported class action governed by the provisions of the Private Securities Litigation Reform Act of 1995 ("PSLRA");

3   WHEREAS, the three above-captioned substantially similar class actions have all been deemed related, along with a fourth class action titled *Berger v. Alvarion, Ltd., et al.,* Case No. C 07-02601-JSW, (*see* Docket for *Meir v. Alvarion Ltd., et al.,* Case No. C 07-00374-JSW ("*Meir* Docket") No. 62);

7   WHEREAS, on April 9, 2007, three motions to consolidate all four actions and for appointment as Lead Plaintiff pursuant to Section 21(D) of the PSLRA were filed in the first-filed *Meir* case (*Meir* Docket Nos. 15, 17 and 21);

10   WHEREAS, on August 14, 2007, Rahul Saraf and the Harel Group, which consists of the Harel Insurance Company Ltd., filed a Stipulation re Appointment of Lead Plaintiffs and Lead Counsel (*Meir* Docket No. 51), in which two of the lead plaintiff movants requested consolidation of the four class actions and agreed to serve as Co-Lead Plaintiffs in this action;[1]

14   WHEREAS, on September 20, 2007, plaintiff Paul Berger filed a Notice of Voluntary Dismissal of his separate action, *Berger v. Alvarion Ltd., et al.* (Case No. C 07-02601-JSW);

16   WHEREAS, all named plaintiffs in each of the above three remaining related cases agree that the cases should be consolidated, and defendants Alvarion Ltd., Zvi Slonimsky, Tvzi Friedman and Dafna Gruber likewise agree that these three remaining cases should be consolidated (*see* Stipulation re Appointment of Lead Plaintiffs and Lead Counsel, *Meir* Docket No. 51; and Defendants' Joinder in Plaintiffs' Request for Consolidation, filed September 4, 2007, *Meir* Docket No. 63);

22   WHEREAS, the three cases are scheduled for Case Management Conferences ("CMCs") on September 21, 2007 at 1:30 p.m., but no lead plaintiff has been appointed who can speak for the plaintiff class, and thus all the parties agree that the CMCs would be premature at this time;

---

[1] On September 20, 2007, movant Harel Insurance Co. Ltd. withdrew its application to be appointed lead plaintiff. *See* Noticeof Withdrawal, filed September 20, 2007, *Meir* Docket No. 71. However, the remaining signatories to this stipulation, movants Saraf and Khan, continue to seek appointment as co-lead plaintiffs. *See id.*

STIP AND [PROPOSED] ORDER CONSOLIDATING CASES AND CONTINUING CMC
NO. C-07-0374-JSW; NO. C-07-00719-JSW; AND NO C-07-02602-JSW

-1-

1  IT IS HEREBY STIPULATED AND AGREED, by (a) Defendants Alvarion, Zvi
2  Slonimsky, Tvzi Friedman and Dafna Gruber, by and through their counsel, (b) plaintiff Amnon
3  Meir, by and through his counsel (c) plaintiff Manfred Hacker, by and through his counsel, and
4  (d) plaintiff Irving Braun, by and through his counsel, that:

5  (1)  The three above-captioned related cases should be consolidated under the above-
6  captioned *Meir v. Alvarion Ltd., et al.* case (Case No. C 07-00374-JSW);

7  (2)  The Case Management Conference currently scheduled for September 21, 2007,
8  at 1:30 p.m. should be taken off calendar and rescheduled at another time convenient for the
9  Court after a lead plaintiff has been appointed who can speak for the plaintiff class.

| | |
|---|---|
| Dated: September 20, 2007 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| | By:  /s/ Joni Ostler<br>        Joni Ostler |
| | Attorneys for Defendants Alvarion Ltd., Zvi Slonimsky, Tzvi Friedman and Dafna Gruber |
| Dated: September 20, 2007 | GLANCY BINKOW & GOLDBERG LLP |
| | By:  /s/ Andy Sohrn<br>        Andy Sohrn |
| | Attorneys for Plaintiffs Amnon Meir and the Harel Group |
| Dated: September 20, 2007 | SCOTT + SCOTT, LLC |
| | By:  /s/ Arthur L. Shingler, III<br>        Arthur L. Shingler, III |
| | Attorneys for Plaintiff Manfred Hacker |
| Dated: September 20, 2007 | COUGHLIN STOIA GELLER RUDMAN ROBBINS LLP |
| | By:  /s/ Mario Alba<br>        Mario Alba |
| | Attorneys for Plaintiff Irving Braun |

STIP AND [PROPOSED] ORDER CONSOLIDATING CASES AND CONTINUING CMC
No. C-07-0374-JSW; No. C-07-00719-JSW; AND NO C-07-02602-JSW

-2-

ORDER

Pursuant to Stipulation, it is hereby ordered that:

(1) The three related cases titled *Meir v. Alvarion Ltd., et al.,* Case No. C 07-00374-JSW; *Hacker v. Alvarion Ltd., et al.,* Case No. C 07-00374-JSW; and *Braun v. Alvarion Ltd. et al.,* Case No. C 07-02602-JSW, are all consolidated under the first-filed *Meir v. Alvarion Ltd., et al.* case;

(2) The Case Management Conference currently scheduled for September 21, 2007, should be taken off calendar and rescheduled for _____.

Dated: _____                               _____
                                                         The Honorable Jeffrey S. White
                                                         United States District Court Judge

**ATTESTATION**

I, Joni Ostler, am the ECF user whose identification and password are being used to file the STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES AND CONTINUING CASE MANAGEMENT CONFERENCE. In compliance with General Order 45.X.B, I hereby attest that Andy Sohrn; Arthur L. Shingler, III; and Mario Alba have each concurred in this filing.

Dated: September 20, 2007                    WILSON SONSINI GOODRICH & ROSATI
                                             Professional Corporation


                                             By:    /s/ Joni Ostler
                                                     Joni Ostler