NINA F. LOCKER, State Bar No. 123838
Email: nlocker@wsgr.com
RODNEY G. STRICKLAND, JR., State Bar No. 161934
Email: rstrickland@wsgr.com
JONI L. OSTLER, State Bar No. 230009
Email: jostler@wsgr.com
MERAV AVITAL-MAGEN, State Bar No. 236144
Email: mmagen@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendants
ALVARION LTD., ZVI SLONIMSKY,
TZVI FRIEDMAN, AND DAFNA GRUBER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMNON MEIR, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ALVARION LTD., ZVI SLONIMSKY, DAFNA GRUBER AND MEIR BAREL,<br><br>Defendants. | CASE NO.: C 07-0374 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES AND CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>CMC Date: September 21, 2007<br>Time: 1:30 p.m.<br>Courtroom: 2<br>Before: Hon. Jeffrey S. White |
| MANFRED HACKER, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ALVARION LTD, ZVI SLONIMSKY, DAFNA GRUBER AND MEIR BAREL,<br><br>Defendants. | Case No. 07-00719-JSW |

STIP AND [PROPOSED] ORDER CONSOLIDATING
CASES AND CONTINUING CMC
No. C-07-0374-JSW; NO. C-07-00719-JSW; AND NO C-07-02602-JSW

| | |
|---|---|
| IRVING BRAUN, On Behalf of Himself and All Others Similarly Situated,<br><br>        Plaintiff,<br><br>        vs.<br><br>ALVARION LTD., ZVI SLONIMSKY, TZVI FRIEDMAN AND DAFNA GRUBER,<br><br>        Defendants. | Case No. 07-02602-JSW |

STIP AND [PROPOSED] ORDER CONSOLIDATING CASES AND CONTINUING CMC
No. C-07-0374-JSW; NO. C-07-00719-JSW; AND NO C-07-02602-JSW

3

C:\NrPortbl\PALIB1\PB3\3197638_2.DOC

1  WHEREAS, each of the above-captioned cases is a purported class action governed by the provisions of the Private Securities Litigation Reform Act of 1995 ("PSLRA");

WHEREAS, the three above-captioned substantially similar class actions have all been deemed related, along with a fourth class action titled *Berger v. Alvarion, Ltd., et al.,* Case No. C 07-02601-JSW, (*see* Docket for *Meir v. Alvarion Ltd., et al.,* Case No. C 07-00374-JSW ("*Meir* Docket") No. 62);

WHEREAS, on April 9, 2007, three motions to consolidate all four actions and for appointment as Lead Plaintiff pursuant to Section 21(D) of the PSLRA were filed in the first-filed *Meir* case (*Meir* Docket Nos. 15, 17 and 21);

WHEREAS, on August 14, 2007, Rahul Saraf and the Harel Group, which consists of the Harel Insurance Company Ltd., filed a Stipulation re Appointment of Lead Plaintiffs and Lead Counsel (*Meir* Docket No. 51), in which two of the lead plaintiff movants requested consolidation of the four class actions and agreed to serve as Co-Lead Plaintiffs in this action;[1]

WHEREAS, on September 20, 2007, plaintiff Paul Berger filed a Notice of Voluntary Dismissal of his separate action, *Berger v. Alvarion Ltd., et al.* (Case No. C 07-02601-JSW);

WHEREAS, all named plaintiffs in each of the above three remaining related cases agree that the cases should be consolidated, and defendants Alvarion Ltd., Zvi Slonimsky, Tvzi Friedman and Dafna Gruber likewise agree that these three remaining cases should be consolidated (*see* Stipulation re Appointment of Lead Plaintiffs and Lead Counsel, *Meir* Docket No. 51; and Defendants' Joinder in Plaintiffs' Request for Consolidation, filed September 4, 2007, *Meir* Docket No. 63);

WHEREAS, the three cases are scheduled for Case Management Conferences ("CMCs") on September 21, 2007 at 1:30 p.m., but no lead plaintiff has been appointed who can speak for the plaintiff class, and thus all the parties agree that the CMCs would be premature at this time;

---

[1] On September 20, 2007, movant Harel Insurance Co. Ltd. withdrew its application to be appointed lead plaintiff. *See* Noticeof Withdrawal, filed September 20, 2007, *Meir* Docket No. 71. However, the remaining signatories to this stipulation, movants Saraf and Khan, continue to seek appointment as co-lead plaintiffs. *See id.*

STIP AND [PROPOSED] ORDER CONSOLIDATING CASES AND CONTINUING CMC
NO. C-07-0374-JSW; NO. C-07-00719-JSW; AND NO C-07-02602-JSW

-1-

1  IT IS HEREBY STIPULATED AND AGREED, by (a) Defendants Alvarion, Zvi
2 Slonimsky, Tvzi Friedman and Dafna Gruber, by and through their counsel, (b) plaintiff Amnon
3 Meir, by and through his counsel (c) plaintiff Manfred Hacker, by and through his counsel, and
4 (d) plaintiff Irving Braun, by and through his counsel, that:

5  (1) The three above-captioned related cases should be consolidated under the above-
6 captioned *Meir v. Alvarion Ltd., et al.* case (Case No. C 07-00374-JSW);

7  (2) The Case Management Conference currently scheduled for September 21, 2007,
8 at 1:30 p.m. should be taken off calendar and rescheduled at another time convenient for the
9 Court after a lead plaintiff has been appointed who can speak for the plaintiff class.

10 Dated: September 20, 2007    WILSON SONSINI GOODRICH & ROSATI
                                Professional Corporation

                                By:    /s/ Joni Ostler
                                       Joni Ostler

                                Attorneys for Defendants Alvarion Ltd., Zvi
                                Slonimsky, Tzvi Friedman and Dafna Gruber

Dated: September 20, 2007       GLANCY BINKOW & GOLDBERG LLP

                                By:    /s/ Andy Sohrn
                                       Andy Sohrn

                                Attorneys for Plaintiffs Amnon Meir and the Harel Group

Dated: September 20, 2007       SCOTT + SCOTT, LLC

                                By:    /s/ Arthur L. Shingler, III
                                       Arthur L. Shingler, III

                                Attorneys for Plaintiff Manfred Hacker

Dated: September 20, 2007       COUGHLIN STOIA GELLER RUDMAN
                                ROBBINS LLP

                                By:    /s/ Mario Alba
                                       Mario Alba

                                Attorneys for Plaintiff Irving Braun

STIP AND [PROPOSED] ORDER CONSOLIDATING    -2-
CASES AND CONTINUING CMC
NO. C-07-0374-JSW; NO. C-07-00719-JSW; AND NO C-07-02602-JSW

ORDER

Pursuant to Stipulation, it is hereby ordered that:

(1) The three related cases titled *Meir v. Alvarion Ltd., et al.,* Case No. C 07-00374-JSW; *Hacker v. Alvarion Ltd., et al.,* Case No. C 07-00374-JSW; and *Braun v. Alvarion Ltd. et al.,* Case No. C 07-02602-JSW, are all consolidated under the first-filed *Meir v. Alvarion Ltd., et al.* case;

(2) The Case Management Conference currently scheduled for September 21, 2007, should be taken off calendar and rescheduled for  November 9, 2007 at 1:30 p.m.  Plaintiffs  . Shall file a motion or stipulation to appoint lead plaintiff and lead counsel by no later than October 12, 2007.

~~Dated:~~ _____                ~~The Honorable Jeffrey S. White~~
                                               ~~United States District Court Judge~~

Dated: September 20, 2007

IT IS SO ORDERED
/s/ Jeffrey S. White
Judge Jeffrey S. White

**ATTESTATION**

I, Joni Ostler, am the ECF user whose identification and password are being used to file the STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES AND CONTINUING CASE MANAGEMENT CONFERENCE. In compliance with General Order 45.X.B, I hereby attest that Andy Sohrn; Arthur L. Shingler, III; and Mario Alba have each concurred in this filing.

Dated:  September 20, 2007           WILSON SONSINI GOODRICH & ROSATI
                                     Professional Corporation


                                     By:    /s/ Joni Ostler
                                            Joni Ostler

STIP AND [~~PROPOSED~~] ORDER CONSOLIDATING CASES AND CONTINUING CMC
No. C-07-0374-JSW; No. C-07-00719-JSW; AND NO C-07-02602-JSW
-3-