1  NINA F. LOCKER, State Bar No. 123838
   Email: nlocker@wsgr.com
2  RODNEY G. STRICKLAND, JR., State Bar No. 161934
   Email: rstrickland@wsgr.com
3  JONI L. OSTLER, State Bar No. 230009
   Email: jostler@wsgr.com
4  MERAV AVITAL-MAGEN, State Bar No. 236144
   Email: mmagen@wsgr.com
5  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
6  650 Page Mill Road
   Palo Alto, CA 94304-1050
7  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
8
   Attorneys for Defendants
9  ALVARION LTD., ZVI SLONIMSKY
   TZVI FRIEDMAN AND DAFNA GRUBER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IRVING BRAUN, On Behalf of Himself and All Others Similarly Situated, | CASE NO.: C 07-2602 JSW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| vs. | |
| ALVARION LTD, ZVI SLONIMSKY, TZVI FRIEDMAN AND DAFNA GRUBER | |
| Defendants. | |

# CERTIFICATE OF SERVICE VIA EMAIL

I, Joni Ostler, declare:

I am employed in Santa Clara County, State of California. I am over the age of 18 years and not a party to the within action. My business address is Wilson Sonsini Goodrich & Rosati, 650 Page Mill Road, Palo Alto, California 94304-1050.

On this date, I served:

1. **STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES AND CONTINUING CASE MANAGEMENT CONFERENCE**

   AND

2. **CERTIFICATE OF SERVICE**

☒  By forwarding the document(s) by electronic transmission on this date, in compliance with Civil L.R. 23-2, to the Designated Internet Site(s) listed below:

Mario Alba
Samuel H. Rudman
COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
58 South Service Road
Suite 200
Melville, NY  11747
**Email**: MAlba@csgrr.com
**Email:** SRudman@csgrr.com

Tonia Maria Ouellette Klausner
WILSON SONSINI GOODRICH & ROSATI (NYC)
12 East 49th Street, 30th Floor
New York, NY  10017
**Email**: tklausner@wsgr.com

I am readily familiar with Wilson Sonsini Goodrich & Rosati's practice for collection and processing of documents for delivery according to instructions indicated above. In the ordinary

1 course of business, documents would be handled accordingly.

2     I declare under penalty of perjury under the laws of the State of California that the

3 foregoing is true and correct. Executed at Palo Alto, California on September 20, 2007.

                                /s/ Joni Ostler
                                Joni Ostler